

U.S. Department of Justice

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2018

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/18
```

Re:  *United States v. Crystal Grote*, S2 16 Cr. 91 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter requesting that the sentencing of defendant Crystal Grote, currently scheduled for May 17, 2018, be adjourned and that the Court set a control date at a time convenient to the Court approximately 90 days from that sentencing date. The defendant, through counsel, consents to this request. This is the second request to adjourn Grote's sentencing, and is necessary to complete current investigations that rely on Grote's assistance.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: /s/
Niketh Velamoor/Hagan Scotten/Sagar Ravi
Assistant United States Attorneys
Tel.: (212) 637-1076 / 2410 / 2195

Cc: Michael Yaeger, Esq. (by ECF)

Sentencing ~~Conference~~ Adjourned
From: May 17, 2018
To: Sept. 4, 2018 at 3:00 P.M.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 5-11-18