**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 2, 2018

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Crystal Grote*, S2 16 Cr. 91 (PKC)

Dear Judge Castel:

    The Government respectfully submits this letter requesting that the sentencing of defendant Crystal Grote, currently scheduled for September 4, 2018, be adjourned and that the Court set a control date at a time convenient to the Court approximately 180 days from that sentencing date. The defendant, through counsel, consents to this request. This is the third request to adjourn Grote's sentencing, and is necessary to complete current investigations that rely on Grote's assistance. The Government anticipates that those investigations will be completed within the next 90 days, which will then allow 90 days for preparation of the presentence report and sentencing submissions.

Sentencing
Conference Adjourned

From: 9/4/18
To: 3/8/19 at 11 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 9-4-18

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: /s/
Hagan Scotten/Sagar Ravi
Assistant United States Attorneys
Tel.: (212) 637-2410 / 2195

Cc: Michael Yaeger, Esq. (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-4-18