# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

May 3, 2019

Application Granted.

BY ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

So Ordered: _____
P. Kevin Castel
United States District Judge
5/6/2019

Re: ***United States v. Crystal Grote***, S2 16 Cr. 91 (PKC)

Dear Judge Castel:

We represent Crystal Grote in the above-referenced matter. We write to respectfully request that Ms. Grote's bail conditions be modified to permit her and her husband and children to travel from her home in Cleveland, Missouri to to Ft. Lauderdale, Orlando and Clearwater, Florida during the days between May 28, 2019 and June 8, 2019 for personal and family-related matters.

The Government consents to this request.

Respectfully submitted,

Barry A. Bohrer