# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

June 5, 2019

BY ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten annotation: Sentencing adjourned from July 3 to September 11, 2019 at 11:00 a.m. SO ORDERED /s/ USDJ 6-10-19]*

Re: **United States v. Crystal Grote, S2 16 Cr. 91 (PKC)**

Dear Judge Castel:

      I represent Crystal Grote, who is scheduled to be sentenced on July 3, 2019. With the consent of the Government, I write to request that the sentencing date be adjourned to August 13, 2019. The reason for the request is based upon both professional and personal obligations that I have. There have been no previous requests for an adjournment of the sentencing date.

      If the Court requires further information, I am available by phone or in person at the Court's convenience.

Respectfully submitted,

Barry A. Bohrer

cc: Hagan Scotten, Asst. U.S. Attorney (via email)