UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES, | : | **APPEARANCE OF COUNSEL** |
| Plaintiff, | : | Case No. S1 16 Cr. 091 (PKC) |
| v. | : | |
| SCOTT TUCKER, | : | |
| Defendant. | : | |
| KIM TUCKER, et al. | : | |
| Third-Party Petitioners. | : | |

TO:   The clerk of court and all parties of record

The undersigned, Richard E. Finneran and Andrey Spektor, are admitted or otherwise authorized to practice in this Court, and they appear in this case for: Kim Tucker, personally and as trustee of the Kim C. Tucker Living Trust; AMG Capital Management, LLC; BA Services, LLC; Black Creek Capital Corporation; Black Creek Capital, LLC; Broadmoor Capital Partners, LLC; Eclipse Renewable Holdings LLC; Level 5 Motorsports, LLC; Park 269, LLC; N.M. Service Corp.; Polo Real Estate Holding, LLC; Real Estate Capital Services LLC; and Westfund LLC.

Respectfully submitted,

BRYAN CAVE LEIGHTON
PAISNER LLP

*/s/ Andrey Spektor*
RICHARD E. FINNERAN
ANDREY SPEKTOR
1290 Avenue of the Americas

New York, New York 10104
Tel: (212) 541-2000
*richard.finneran@bryancave.com*
*andrey.spektor@bryancave.com*

*Attorneys for Petitioners*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via operation of the Court's electronic filing system upon all attorneys of record, and that a courtesy copy was provided via email to the following:

AUSA Sagar Ravi
*sagar.ravi@usdoj.gov*

*/s/ Andrey Spektor*
ANDREY SPEKTOR