UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: 
UNITED STATES OF AMERICA, :
:
:
:
:
   - v -                                                  :    No. 16-CR-91 (PKC)
:
:
:
SCOTT TUCKER and TIMOTHY MUIR, :
:
           Defendants. :
:
---------------------------------- x

## DECLARATION OF CHRIS BECKER

I, Chris Becker, under penalty of perjury, declare the following to be true:

    1.    I have known the Tucker family since 1992 and have known Scott and his mother Norma Tucker since 1994.

    2.    I was close friends with Scott's younger brother, Blaine, from 1992 until his death in 2014.

    3.    In my experience with Scott, he has demonstrated kindness to me and my family as well as others with whom I have seen him interact.

    4.    I have observed Scott to mentor many people and to try and provide others with opportunities to better themselves.

    5.    Norma Tucker, Scott's mother, is very ill. She used to be a strong woman, but age and illness have taken a large toll on her.

    6.    I check on Norma daily, but am unable to live with her and provide her round-the-clock care.

1

7.  Norma is unable to walk across her kitchen without stopping to catch her breath. She needs help doing very basic activities and I am constantly worried for her life because she lives alone.

8.  In the last five years, I have taken Norma to the emergency room several times. I also help take her to doctors' appointments as her illnesses prevent her from driving.

9.  Norma is unable to get groceries, go to the bank, or go to doctors' appointments without the help of me or a neighbor.

10. I am not aware of anyone other than Scott who is able to live with Norma and care for her at this time.

11. I believe Scott is deserving of compassionate release so he may help his mother, Norma Tucker, at her home.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this date: __1/23/2023__

_____
**CHRIS BECKER**