UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: 
UNITED STATES OF AMERICA, :
:
:
:
:
   -  v  - : No. 16-CR-91 (PKC)
:
:
: Proposed Release Plan
SCOTT TUCKER and TIMOTHY MUIR, :
:
Defendants. :
:
---------------------------------- x

## PROPOSED RELEASE PLAN FOR SCOTT TUCKER

**A. Housing and Employment**

1. Scott Tucker will reside with his mother, Norma Tucker, at 6909 W 129th Court, Leawood, KS 66209. The only other resident at this address would be Norma Tucker, who has no criminal record.

2. House arrest or electronic monitoring may be imposed on Scott Tucker at this address.

3. Norma Tucker owns the residence at 6909 W 129th Court, Leawood, KS 66209.

4. Scott Tucker has employment secured with TJ Inc. teaching financial literacy to spouses of service members, which can start immediately upon his release. See Ex. N (Declaration of Rey Garcia).

**B. Medical Needs**

1. Scott Tucker has no outstanding medical needs and is not currently being seen for any medical conditions.

Respectfully submitted
SCOTT TUCKER, DEFENDANT

/s/ Sarah Sherer- Kohlburn
Sarah Sherer-Kohlburn
Sherer Law Offices LLC
517 St. Louis Street
Edwardsville, Illinois 62025
618/692-6656 – telephone
618/692-0810 – facsimile
sarah@shererlaw.com
NY Bar Number: 5240015
MO Bar Number: 68617
IL Bar Number: 6329282
*Attorney for Defendant Scott Tucker*
